Certificate Number: 15517-CAC-DE-023032975

Bankruptcy Case Number: 13-37706



15517-CAC-DE-023032975

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 22, 2014</u>, at <u>11:22</u> o'clock <u>AM MST</u>, <u>RANSFORD WHITE</u> completed a course on personal financial management given <u>by internet</u> by <u>! Always Lowest  Price! Bankruptcy Education, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Central District of California</u>.

Date:  <u>March 22, 2014</u>          By:    <u>/s/Orsolya K Lazar</u>

Name:  <u>Orsolya K Lazar</u>

Title:  <u>Certificates Manager</u>